**No. 10-11189. Dwight E. Moss, Petitioner v. United States.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 505.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 7016.

**No. 10-11191. Richard Hamilton, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 471.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6614.

**No. 10-11214. Brian Edward Griffin, Petitioner v. Pennsylvania.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 560.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 873, 132 S. Ct. 229, 181 L. Ed. 2d 128, 2011 U.S. LEXIS 7073.

**No. 10-11265. Victor Charles Fourstar, Jr., Petitioner v. Steven Murlak, et al.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 547.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 133, 2011 U.S. LEXIS 6452.

**No. 11-62. Rosalind E. Cazares and Adrian Jefferson, Petitioners v. Pamela Cosby.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 518.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 881, 132 S. Ct. 247, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5431.

**No. 11-125. Cynthia Holmes, Petitioner v. East Cooper Community Hospital, Inc., et al.**

565 U.S. 1150, 132 S. Ct. 1078, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 496.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 943, 132 S. Ct. 402, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7427.